# EXHIBIT "A"

07/20/2021  15:02    Received:       Jul 20 2021 04:20pm
                                     (FAX)                    P.002/013

21303002 47

Corporate Claims

DRUCKMAN & HERNANDEZ, P.C.
LEONARDO R. HERNANDEZ, ESQ.                      AUG 0 4 2021
FILING ATTORNEY NO. 024101992
575 MORRIS AVENUE                                 Received
ELIZABETH, NEW JERSEY 07208
908-353-5850
ATTORNEYS FOR PLAINTIFF

**Plaintiff(s),**                    SUPERIOR COURT OF NEW JERSEY
                                     LAW DIVISION: ESSEX COUNTY
JAIRO HIDALGO-RODRIGUEZ,
                                     DOCKET NO. ESX-L-5651-21
v.

**Defendant(s),**
                                              CIVIL ACTION
JB HUNT TRANSPORTATION, INC.,
KHALIL PIERRE, John Doe 1-X and                  **SUMMONS**
Jane Roe 1-X, said names being
fictitious

## JB HUNT TRANSPORTATION, INC.

From The State of New Jersey To The Defendant(s) Named Above:

  The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

  If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is

07/20/2021  15:02         Received:                    Jul 20 2021 04:20pm
                                                       (FAX)              P.003/013

entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.

DATED:   July 20, 2021

*Michelle Smith*
MICHELLE S. SMITH
Clerk

ADDRESS FOR SERVICE: **9200 E. 146TH STREET, NOBLESVILLE, IN 46060**

DRUCKMAN & HERNANDEZ, P.C.
LEONARDO R. HERNANDEZ, ESQ.
FILING ATTORNEY NO. 024101992
575 MORRIS AVENUE
ELIZABETH, NEW JERSEY 07208
908-353-5850
ATTORNEYS FOR PLAINTIFF

| **Plaintiff(s),** | SUPERIOR COURT OF NEW JERSEY |
|---|---|
| JAIRO HIDALGO-RODRIGUEZ, | LAW DIVISION: ESSEX COUNTY |
| v. | DOCKET NO. |
| **Defendant(s),** | CIVIL ACTION |
| JB HUNT TRANSPORTATION, INC., KHALIL PIERRE, John Doe 1-X and Jane Roe 1-X, said names being fictitious | **COMPLAINT & JURY DEMAND** |

Plaintiff, Jairo Hidalgo-Rodriguez, by way of Complaint, says:

### FIRST COUNT

1. On or about the 12TH day of January, 2021, plaintiff, Jairo Hidalgo-Rodriguez was the operator of a vehicle traveling on the George Washington Bridge in New Jersey, when same was involved in a collision with a vehicle owned by defendant, JB Hunt Transportation, Inc., and being negligently operated, with his consent and permission, by defendant, Khalil Pierre, his agent, servant or employee.

2. As a direct and proximate result of the combined negligence of the defendants aforesaid, plaintiff suffered serious physical and emotional injuries of both a temporary and permanent nature, considerable pain, anguish and suffering,

07/20/2021   15:03   Received:   Jul 20 2021 04:21pm (FAX)   P.007/013

ESX-L-005651-21   07/20/2021 2:48:49 PM   Pg 2 of 6   Trans ID: LCV20211698767

shock, loss of wages and other special damages.

WHEREFORE, plaintiff demands judgment jointly, severally or in the alternative against all defendants on this count for damages, costs of suit, interest and attorneys' fees.

### SECOND COUNT

1. Plaintiff repeats the allegations contained in the previous counts of this Complaint and makes them a part hereof.

2. The defendants, John Doe I-X and Jane Roe I-X, are fictitious names intended to identify any and all parties, including individuals, corporations and/or other entities whose identities are presently unknown to the plaintiff, who together with the named defendants were responsible for the ownership, operation, control, lease and maintenance of the vehicles involved in the collision referred to herein or who in anyway caused or contributed to plaintiff's injuries.

3. As a direct and proximate result of the negligence of the defendants aforesaid, plaintiff suffered serious physical and emotional injuries of both a temporary and permanent nature, considerable pain, anguish and suffering, shock, loss of wages and other special damages.

WHEREFORE, plaintiff demands judgment jointly, severally or in the alternative against all defendants on this count for damages, interest and costs.

DRUCKMAN & HERNANDEZ
Attorneys for Plaintiff

DATED: July 20, 2021     BY: _____
                              LEONARDO R. HERNANDEZ, ESQ.

## JURY DEMAND

Plaintiff hereby demands a trial by Jury on all counts.

DRUCKMAN & HERNANDEZ
Attorneys for Plaintiff

DATED: July 20, 2021     BY: _____
                              LEONARDO R. HERNANDEZ, ESQ.

## DESIGNATION OF TRIAL COUNSEL

Plaintiffs hereby designate Martin P. Convery, Esq. as trial counsel in the above-captioned matter.

DRUCKMAN & HERNANDEZ
Attorneys for Plaintiff

DATED: July 20, 2021     BY: _____
                              LEONARDO R. HERNANDEZ, ESQ.

07/20/2021  15:03        Received:                    Jul 20 2021 04:21pm (FAX)           P.009/013

ESX-L-005651-21  07/20/2021 2:48:49 PM  Pg 4 of 6 Trans ID: LCV20211698767

## ATTORNEY CERTIFICATION

Pursuant to Rule 4:5-1 the undersigned hereby certifies that at the time of the filing of this complaint, the matter in controversy is not the subject of any other action pending in any court and/or arbitration proceeding.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

DRUCKMAN & HERNANDEZ
Attorneys for Plaintiff

DATED: July 20, 2021          BY: _____
                                  LEONARDO R. HERNANDEZ, ESQ.

## CERTIFICATION OF PHYSICIAN

Patients Name: Jairo Hidalgo-Rodriguez
Date of Accident: 1/12/21

Dr. Rick Inacio, DC

I, _____, of full age, duly sworn according to law, hereby certifies as follows:

1. I am a licensed medical physician specializing in Chiropractic. I have been so licensed in the State of New Jersey for the last 23 years.

2. I am a treating physician for the above named and I have personally treated them as a result of injuries sustained in the motor vehicle accident on the above date.

3. I hereby certify that this patient has sustained, within a reasonable degree of medical probability

### Lumbar Spine

- Grade 1 spondylolisthesis at L4-S1 which is probably the result of L5 spondylolysis which can be evaluated further with CT or oblique x-rays. Hypertrophy of the left facet.

- Disc bulging impressing on the ventral thecal sac at L4-5 with subligamentous L3-4 disc bulging as a direct result of the motor vehicle accident. This diagnosis is based upon my objective examinations and diagnostic test results including MRI test results and objective clinical evidence of injury as manifested by muscle spasm and limitation of range of motion, which tests are not experimental and not dependent entirely upon the subjective response of the patient.

4. It is my professional opinion that, within a reasonable degree of medical probability, that the aforementioned injuries have resulted in a permanent injury that has not healed to function normally and will not heal to function normally with further medical treatment.

Received:                                   Jul 20 2021 04:21pm                 P.011/013
                                                 (FAX)
07/20/2021   15:03
            ESX-L-005651-21   07/20/2021 2:48:49 PM   Pg 6 of 6 Trans ID: LCV20211698767
Jul 15 21, 03:22p        Spinecare Chiropractic              9083553238                p.3
07/15/2021   15:04
                                                              (FAX)              P.003/003

5. I hereby certify the above information is true and accurate to the best of my knowledge and I understand that I am subject to penalty of perjury should any of the above statements be wilfully false.

Dated: 7-15-21    _____

# Civil Case Information Statement

### Case Details: ESSEX | Civil Part Docket# L-005651-21

**Case Caption:** HIDALGO-RODRIGUEZ JAIRO VS JB HUNT TRANSPORTATI
**Case Initiation Date:** 07/20/2021
**Attorney Name:** LEONARDO RENE HERNANDEZ
**Firm Name:** DRUCKMAN & HERNANDEZ, PC
**Address:** 575 MORRIS AVENUE
ELIZABETH NJ 07208
**Phone:** 9083535850
**Name of Party:** PLAINTIFF : HIDALGO-RODRIGUEZ, JAIRO
**Name of Defendant's Primary Insurance Company (if known):** None

**Case Type:** AUTO NEGLIGENCE-PERSONAL INJURY (NON-VERBAL THRESHOLD)
**Document Type:** Complaint with Jury Demand
**Jury Demand:** YES - 6 JURORS
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO
**Are sexual abuse claims alleged by:** JAIRO HIDALGO-RODRIGUEZ? NO

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

Do parties have a current, past, or recurrent relationship? NO

If yes, is that relationship:

Does the statute governing this case provide for payment of fees by the losing party? NO

Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:

Do you or your client need any disability accommodations? NO
    If yes, please identify the requested accommodation:

Will an interpreter be needed? NO
    If yes, for what language:

Please check off each applicable category: Putative Class Action? NO  Title 59? NO  Consumer Fraud? NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

07/20/2021                                                                /s/ LEONARDO RENE HERNANDEZ
Dated                                                                                            Signed

Received:
07/20/2021   15:03

Jul 20 2021 04:21pm
(FAX)                         P.013/013

ESX-L-005651-21   07/20/2021 2:48:49 PM  Pg 2 of 2 Trans ID: LCV20211698767



CLAIMS

# FedEx Express

**FedEx Express NEW Package US Airbill**
FedEx Tracking Number: 8086 5681 1571

Form ID No. 0200

**1 From**
Date:
Sender's Name / Phone:
Company: JB Hunt
Address: 9200 E. 146th St. D
City: Noblesville   State: IN   ZIP: 46060

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name: Julie Allred
Phone:
Company: JB Hunt
Address: 611 JB Hunt Corporate Dr.
City: Lowell   State: AR   ZIP: 72745

**4 Express Package Service**
☑ FedEx Priority Overnight

**5 Packaging**
☑ FedEx Pak*

**6 Special Handling and Delivery Signature Options**
☑ No Signature Required

**7 Payment** Bill to:
Sender

Tracking: 8086 5681 1571

WED - 04 AUG AA
PRIORITY OVERNIGHT

72745
AR-US
AU ROGA   TUL

113900 03Aug2021 MZZA 66DG1/0AF3/1B23